# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2010 OCT -5 PM 4:13    10CR3951-L

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DAISY HOLGUIN (2),<br><br>　　　　　　Defendant. | CASE NO. 10MJ2997-NLS<br><br>BY_____DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of the Indictment/Information:

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 5, 2010

　　　　　　　　　　　　　　　　NITA L. STORMES
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE